United States Courts
Southern District of Texas
FILED

SEP 09 2022

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
Vs.
**Bryan Tanner**

**CRIMINAL COMPLAINT**

Case Number: C-22-1023M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **September 8, 2022** in **Kenedy** County, in the

(Date)

Southern District of Texas, defendant, **Bryan Tanner**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the

OFFICIAL TITLE

following facts:

See Attached Affidavit of U.S. Border Patrol Agent **Antonino Gonzalez Jr.**

Continued on the attached sheet and made a part of this complaint:  [X] Yes   [ ] No

Signature of Complainant

**Antonino Gonzalez Jr.**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

September 9, 2022
Date

at   Corpus Christi, Texas
City and State

**Jason B. Libby  U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

# AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information related to me by other agents and officers participating in the investigation.

**PROBABLE CAUSE / FACTS:**
On September 8, 2022, at approximately 10:50 a.m., a white Toyota Camry SE, arrived at the Border Patrol Checkpoint near Sarita, Texas. The primary agent conducted an immigration inspection of the driver, later identified as Bryan TANNER. The agent noticed TANNER was visibly nervous, his hands were shaking on the steering wheel, he avoided looking at the agent, and he kept looking in the side mirror, as if he was attempting to watch the canine handler. After the agent greeted TANNER, he asked him if the vehicle was new. TANNER nodded his head in a jerky manner and looked even more nervous. The agent noticed TANNER was visibly agitated so he asked him if he was alright. Again, TANNER nodded his head. The agent noticed the vehicle displayed a Missouri license plate and asked TANNER if it was a rental. TANNER muttered an unclear response. The agent asked TANNER if he could check the trunk, he nodded and when the agent went to the rear of the vehicle TANNER started to drive off. The agent yelled for him to stop and reiterated the request to check the trunk. TANNER nodded and pulled out a cigarette to smoke, and after a delay, he unlocked the trunk. When the agent opened it, he saw two individuals curled up inside. TANNER was detained and escorted into the checkpoint. Agents moved the vehicle to the secondary inspection area, where they found three subjects in the trunk. The three subjects admitted they were citizens of El Salvador and Mexico, illegally present in the United States. Agents checked the temperature in the trunk and determined it was 99.2 degrees Fahrenheit. All the subjects were arrested and escorted into the checkpoint.

**MIRANDA RIGHTS:**
TANNER was arrested for alien smuggling and advised of his Miranda Rights. Border Patrol Agents advised all subjects of their Miranda Rights in their respective languages.

**NOTE:** A 9mm pistol was found in between the driver's seat and the center console. The pistol had a full magazine and a round in the chamber. The pistol was positioned with the pistol grip up, readily accessible to the driver.

**PRINCIPAL (Bryan TANNER):**
TANNER stated he was asked if he wanted to make some money by a prostitute in San Antonio, Texas. He stated he agreed and was contacted by an unknown person who gave him instructions on what to do for the alien smuggling run. TANNER stated he was provided the instructions via text message and was told to delete them after he read them. He stated he was picked up by a Hispanic male in a large white van and taken to an apartment complex on the north side of San Antonio, Texas. He stated there he was given the Toyota Camry. He stated he found the gun (9mm pistol) underneath the front passenger seat, and he moved it and placed it next to the driver's seat. TANNER stated he was provided an address to a Motel 6 in what he believed was Mission, Texas. He stated there he met a middle-aged Hispanic male driving a Cadillac who instructed him to follow him to another location. He stated he drove an area with an overhead cover at a trailer park. TANNER stated he was told to open the trunk and he waw two subjects being put into the trunk. He stated the Cadillac driver closed the trunk, then told him to follow him back to the main road. TANNER stated he got lost and stopped at a Walmart, then again at a Family Dollar store. TANNER stated he never gave the illegals water, and once they were put

in the trunk, he never opened it. Agents asked TANNER why he started to drive off from the inspection lane, he admitted he was thinking of running but decided against it. He stated despite moving the gun to where his hand was, he was not going to use it. TANNER stated he expected to be paid $2,000.00 for this alien smuggling run.

**MAT-WIT STATEMENT (Gustavo RAMIREZ-Ramirez):**
RAMIREZ stated he entered illegally into the United States on September 6, 2022. He stated he paid $13,000.00 for his smuggling arrangements and intended to get to Atlanta, Georgia. RAMIREZ stated after crossing the river, he walked for five hours, then he was picked up and driven to a motel where he stayed one night. He stated early the next morning, he was transported to a trailer park. He stated the vehicle which he was encountered in at the checkpoint was waiting at the trailer park. RAMIREZ stated he was put into the trunk at 8:50 a.m., it was very hot and uncomfortable. He stated they were in the trunk for approximately four hours. RAMIREZ stated he never saw the driver. RAMIREZ stated the car stopped three times for 30 minutes, then proceeded to the checkpoint where they were encountered by Border Patrol Agents.

**DISPOSITION:**
The facts of this case were presented to the Assistant United States Attorney's Office who accepted Bryan TANNER for prosecution of 8 USC 1324, Alien Smuggling. Gustavo RAMIREZ-Ramirez will be held as a material witness in this case.

Antonino Gonzalez Jr.
Border Patrol Agent

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on September 9, 2022.

Jason B. Libby
United States Magistrate Judge